UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | CV 16-00786-ODW | Date | March 24, 2016 |
|---|---|---|---|
| Title | *Illinois Midwest Ins. Agency v. Snap-On, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:** In Chambers [21, 26]

    Based upon the stipulation of counsel (ECF No. 26), the Court hereby **REMANDS** this action to the San Luis Obispo County Superior Court, Case No. 15CV0657. Plaintiff's Motion to Remand is **DENIED** as moot. (ECF No. 21.) Each party shall bear their own costs with respect to the proceedings before this Court. The Clerk of the Court shall close the case.

                                                                                                                     :   00

Initials of Preparer   VRV